# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIA CARD SERVICES, N.A., formerly known as MBNA AMERICA BANK, N.A., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:08-cv-901 AWI GSA<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS<br><br>(Document 6) |
| Plaintiff, | | |
| v. | | |
| MONIQUE ROMERO, | | |
| Defendant. | | |

On September 3, 2008, the Magistrate Judge issued Amended Findings and Recommendations  recommending that Defendant's action be dismissed for failure to comply with the court's order requiring that  a Notice of Removal which satisfied the requirements outlined in 28 U.S.C. § 1446 be filed.  The Amended Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Amended Findings and Recommendation issued on September 3, 2008, are ADOPTED IN FULL;

2. This action is dismissed; and

3. The court directs the Clerk of the Court to serve a copy of this order on the Plaintiff who Defendant has identified as :

>Calvin S. Rose
>Lourdes Slinsky Wolpoff and Abramson, LLP
>28632 Roadside Dr. Suite 265
>Agoura Hills, CA 91301

IT IS SO ORDERED.

**Dated:   October 31, 2008**              /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE